Dwight Ellis BROOKS, Appellant,

v.

REGIONS BANKCARD CENTER, INC.;
Louis Whit Light; David B. Bogard,
Pulaski County Circuit Judge, 6th Division; Trudy Jacobson, Case Coordinator, 6th Division, Appellees.

No. 00–4041.

United States Court of Appeals,
Eighth Circuit.

Submitted June 29, 2001.

Filed July 20, 2001.

Before MORRIS SHEPPARD
ARNOLD, RICHARD S. ARNOLD, and
FAGG, Circuit Judges.

PER CURIAM.

Dwight Ellis Brooks appeals the district court's dismissal of Brooks's complaint and the denial of his motion for reconsideration. Having carefully reviewed the record and the parties' briefs, we agree with the district court that the complaint raises unreviewable challenges to a state court decision, as well as claims barred by judicial immunity. We also conclude the district court did not abuse its discretion in denying Brooks's motion for reconsideration. We thus affirm the judgment of the district court, see 8th Cir. R. 47B, and deny the pending motions on appeal.

In re: Richard Charles TOLBERT,
Debtor.

Richard Charles Tolbert, Appellant,

v.

Richard Fink, Appellee.

No. 01–1077.

United States Court of Appeals,
Eighth Circuit.

Submitted July 6, 2001.

Filed July 20, 2001.

Before BOWMAN, BEAM, and
LOKEN, Circuit Judges.

PER CURIAM.

Richard Charles Tolbert appeals the bankruptcy appellate panel's affirmance of the bankruptcy court's[1] dismissal of his Chapter 13 petition. For the reasons explained in the bankruptcy appellate panel's opinion, we affirm the decision of the bankruptcy court. See 8th Cir. R. 47B. The appellee is awarded double costs because the appeal is frivolous. See Fed. R.App. P. 38.

---

1. The HONORABLE ARTHUR B. FEDERMAN, United States Bankruptcy Judge for the Western District of Missouri.